UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



QUEST ACQUISITION, L.L.C.

VERSUS

HARTFORD CASUALTY INSURANCE
COMPANY AND KIMBERLY R. HEBERT

CIVIL ACTION

NO. 08-665-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 27, 2009 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is REMANDED *sua sponte* to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana because of the absence of federal subject matter jurisdiction.

Baton Rouge, Louisiana, this 19th day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA